# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

| | |
|---|---|
| **No. 23-3218** | **September Term, 2023** |
| | 1:21-cr-00040-TNM-8 |
| | 1:21-cr-00040-TNM-9 |
| | **Filed On: December 1, 2023** [2029429] |

United States of America,

      Appellee

    v.

Steven Cappuccio,

      Appellant

------------------------------

Consolidated with 23-3225

## O R D E R

It is **ORDERED**, on the court's own motion, that these cases be consolidated.

                                      **FOR THE COURT:**
                                      Mark J. Langer, Clerk

                            BY:    /s/
                                      Laura M. Morgan
                                      Deputy Clerk