# United States Court of Appeals
## FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

No. 23-3218                    September Term, 2023

1:21-cr-00040-TNM-8
1:21-cr-00040-TNM-9

Filed On: July 23, 2024 [2066070]

United States of America,

      Appellee

    v.

Steven Cappuccio,

      Appellant

------------------------------

Consolidated with 23-3225

## O R D E R

Upon consideration of appellant's unopposed motion for extension of time to file brief, it is

**ORDERED** that the motion be granted. The following revised briefing schedule will now apply in this case:

| | |
|---|---|
| Appellants' Brief | August 30, 2024 |
| Appendix | August 30, 2024 |
| Appellee's Brief | September 30, 2024 |
| Appellants' Reply Brief | October 21, 2024 |

**FOR THE COURT:**
Mark J. Langer, Clerk

BY:   /s/
       Catherine J. Lavender
       Deputy Clerk